IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAHIR NASERI,<br>         Plaintiff,<br>   v.<br>XAVIER BECERRA,<br>         Defendant. | Case No. 24-cv-07814-CRB<br><br>**ORDER DISMISSING ACTION** |

On May 5, 2025 Chief Magistrate Judge Donna Ryu recommended that this action be dismissed for failure to prosecute due to Plaintiff Zahir Naseri's failure to file a timely amended complaint following Judge Ryu's March 31 screening order. R&R (dkt. 10). More than 14 days have passed since Judge Ryu's report and recommendation, and Naseri has not filed an objection. Accordingly, the Court **ADOPTS** Judge Ryu's report and recommendation and **DISMISSES** the action without prejudice.

**IT IS SO ORDERED.**

Dated: May 27, 2025

CHARLES R. BREYER
United States District Judge